UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**EDGARD ERNESTO**
**AGUILAR-QUINTANILLA,**

    *Petitioner*,

v.                                                                                Case No. 5:26-CV-0596-JKP

**KRISTI NOEM, Secretary of the**
**Department of Homeland Security, et al.,**

    *Respondents*.

## ORDER EXPEDITING THIS CASE

Before the Court is an *Application to Proceed in District Court Without Prepaying Fees or Costs* (ECF No. 1). The Court initially referred the application to the assigned Magistrate Judge for disposition. *See* ECF No. 2. After additional consideration, the Court withdraws that reference and grants the application. Petitioner may proceed with this case without prepaying filing fees or costs.

The Court **WITHDRAWS** the current motion referral to the Magistrate Judge and **GRANTS** the *Application to Proceed in District Court Without Prepaying Fees or Costs* (ECF No. 1). **The Clerk of Court shall file the Complaint for Declaratory and Injunctive Relief and Petition for Mandamus (ECF No. 1-1) and the exhibits thereto without prepayment of fees, costs, or the giving of security therefore. Furthermore, the Clerk of Court shall, until further Order of this Court, waive the collection of any other fees or costs from Petitioner.**

Because Petitioner has submitted a completed "Summons in a Civil Action" for each Respondent, **the Clerk of Court shall issue summons forthwith** so that counsel can serve each Respondent with Summons, a copy of the Complaint, and a copy of this Order by certified mail, return receipt requested. Although Summons indicates that each Respondent has sixty days to file

an answer or other response, the Court finds good reason to expedite this case. **Accordingly, Respondents shall file their answer or other response within <u>twenty-one days</u> of receiving Summons and the accompanying material, including this Order.**

**IT IS SO ORDERED this 4th day of February 2026.**

*[signature: Jason Pulliam]*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**